```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                              :
JAMES JOHN LYDON and                :    BANKRUPTCY NO. 10-15529
DONNA MARIE LYDON                   :    CHAPTER 13
Debtors

## SIXTH AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s)-debtor(s) employer shall pay the trustee the sum of 27,500.00 by April 2013, the beginning May, 2013 the sum of $457.32 for the final 29 months of the Debtors 60 month plan for a total plan amount of $40,762.28

2. From the payments to be received, the trustee shall make distribution as follows:
    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507:
        (1) Full payment of the Trustee commission.
        (2) To Michael D. Ward, Esquire: the sum of $3,324.00.
    (b) Holder of allowed secured claims shall retain the liens such claims and shall be paid as follows:

    1) The entire balance of the following allowed secured claims in the amounts indicated:

        a) On claim #2, Wells Fargo Financial National Bank the amount of $1,788.58;
        b) On claim #9, WELLS FARGO, the sum of $5,000.00;
        c) On Claim #10, the claim of GMAC the sum of $3,793.68, the remainder of the claim having been paid by insurance when the vehicle securing the loan was destroyed in an accident; and
        d) On Claim #13, the claim of the City of Philadelphia the sum of $267.14;
    2) The allowed secured claim for arrears of Claim #6, Deutsche Bank National Trust Company, as Trustee in the amount of $23,240.02.
    ©) Subsequent to dividends to unsecured creditors whose claims are duly allowed as follows: Pro rata.
    Executory Contracts rejected:none.
    Title to the debtor(s) property shall revest in the debtor(s)' on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U.S. Section 350.

                                    /S/Michael D. Ward
DATED:    April 12, 2013    _____
                                    Michael D. Ward,
                                    Attorney for the Debtor